FILE COPY

No. 07-14-00326-CR

| | | |
|---|---|---|
| B.J. Allen Galloway<br>  Appellant | § | From the 108th District Court<br>  of Potter County |
| v. | § | September 18, 2014 |
| The State of Texas<br>  Appellee | § | Opinion Per Curiam |
| | § | |
| | § | |

## J U D G M E N T

Pursuant to the opinion of the Court dated September 18, 2014, it is ordered, adjudged and decreed that this appeal be dismissed for want of jurisdiction.

Inasmuch as this is an appeal *in forma pauperis*, no costs beyond those that have been paid are adjudged.

It is further ordered that this decision be certified below for observance.

o O o